UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

TAVEAIRS J. REYNOLDS,

    Plaintiff,

:

v.

Case No. 2:25-cv-442
Chief Judge Sarah D. Morrison
Magistrate Judge Elizabeth P. Deavers

KYNDAS K. CORNETT,

:

    Defendant.

## ORDER

On March 26, 2025, Taveairs J. Reynolds, proceeding *pro se,* filed this action against his supervisor, Kyndas K. Cornett, in the Franklin County, Ohio Common Pleas Court (Case No. 25CV-03-2024) for allegedly subjecting him to harassment and discrimination. (ECF Nos. 1, 2.) Subsequently, Mr. Cornett removed the case to this Court and moved for dismissal. (ECF Nos. 1, 4.) On May 27, 2025, the Magistrate Judge issued an Order requiring Mr. Reynolds to show cause why his case should not be dismissed for failure to prosecute. (ECF No. 9.) The Show Cause Order cautioned Mr. Reynolds that failure to comply could result in dismissal of his case. Mr. Reynolds did not respond to the Show Cause Order. Thus, the Magistrate Judge recommended dismissal pursuant to Federal Rule 41(b). (ECF No. 10.) The time for filing objections has now passed and no objections were filed.

Mr. Reynolds has not diligently prosecuted this case. He failed to respond to Mr. Cornett's Motion to Dismiss (ECF No. 4); failed to participate in the parties' Rule 26F Conference; failed to appear for the Court's Preliminary Pretrial

Conference; and failed to respond to the Court's Show Cause Order. (ECF No. 9.) Despite his *pro se* status, Mr. Reynolds is required to prosecute this case and comply with the Court's orders. *Benzaoual v. OhioHealth Corp.*, No. 2:19-CV-3366, 2021 WL 2712174, at *3 (S.D. Ohio July 1, 2021) (Marbley, J.). The Court finds no error in the Magistrate Judge's conclusions or reasoning.

Accordingly, the Magistrate Judge's Report and Recommendation is **ADOPTED** and **AFFIRMED**. Mr. Cornett's Motion to Dismiss (ECF No. 4) is **DENIED** as moot. Mr. Reynolds' Complaint (ECF No. 2) is **DISMISSED without prejudice** for lack of prosecution. The Clerk is **DIRECTED** to **TERMINATE** this case.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

Case: 2:25-cv-00442-SDM-EPD Doc #: 11 Filed: 07/10/25 Page: 2 of 2  PAGEID #: 232